UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                -against-                                   :    21-CR-725 (VEC)
                                                            :
                                                            :         ORDER
JAYVON POPE,                                                :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/22
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 12, 2022, Defendant Jayvon Pope appeared for an arraignment with his attorney before Magistrate Judge Barbara Moses, Dkt. 6; and

WHEREAS Mr. Pope pled not guilty;

IT IS HEREBY ORDERED THAT the parties must appear for a status conference on **January 24, 2022, at 11:00 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: **January 18, 2022**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**