

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/24/22__

January 24, 2022

**BY EMAIL**

The Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Pope*, 21 Cr. 725 (VEC)

Dear Judge Caproni:

    The parties jointly request that the Court appoint Julie de Almeida as the discovery coordinator in the above-captioned matter. As the Court is aware, the Government will be re-producing discovery from *United States v. Avila, et al.*, S3 19 Cr. 166 (VEC) in this matter. Ms. Almeida was the discovery coordinator in the *Avila* matter and will greatly facilitate production of prior and additional discovery in this case.

    Thank you for your consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:_____/s/_____
    Mathew Andrews
    Jamie Bagliebter
    Lindsey Kennan
    Justin Rodriguez
    Assistant United States Attorneys
    (212) 637-6526

---

Application GRANTED.

SO ORDERED.

*[signature]* 1/24/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE