```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   UNITED STATES OF AMERICA,                                   :
                                                               :
                    -against-                                  :     21-CR-725 (VEC)
                                                               :
                                                               :         ORDER
                                                               :
   JAYVON POPE,                                                :
                                        Defendant.             :
                                                               :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/24/22
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 24, 2022, the parties appeared for a status conference;

IT IS HEREBY ORDERED that the parties must appear before the Court for a status conference on **April 29, 2022, at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that the period between January 24, 2022, and April 29, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). As stated on the record at the January 24, 2022 conference, the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic and the complexity of this case due to voluminous discovery outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Date: January 24, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**