Konta, Georges, and Buza, P.C.
233 Broadway, Suite 900
New York, New York 10279
212-710-5166 (tel.)
212-710-5162 (fax)
johnpbuza@aol.com

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/25/22
```

April 25, 2022

<u>VIA ECF</u>
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Jayvon Pope,* **21 CR 725 (VEC)**

Dear Judge Caproni:

    I represent Mr. Pope in the above-captioned proceeding. The case is scheduled to be heard on April 29, 2022 at 2:30 P.M. for a status update. I write to respectfully request that the matter be adjourned for sixty days. The parties are discussing a potential resolution in this matter; however, we need more time to work through the parameters of what the resolution would ultimately be. We believe that an adjournment of sixty days would be sufficient for us to address these issues. This is my first request to adjourn the conference. The Government does not object to this request.

    Should the Court grant the continuance, I would not object to a finding that the ends of justice would by served and that the taking of the action would outweigh the interests of the public and Mr. Pope in a speedy trial.

Respectfully Submitted,

/s/
_____
John P. Buza

cc.:    AUSA Matthew Andrews (via ECF)

Application DENIED. The parties must appear at the originally-scheduled time. As stated on the record at the January 24, 2022 conference, the Court will set a motions and trial schedule at the upcoming conference. The Court does not expect that its deadlines will inhibit the parties' potential resolution of the matter.

SO ORDERED.

*[signature]* 4/25/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE