UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

           -against-                                21-CR-725 (VEC)

                                                  <u>ORDER</u>

    JAYVON POPE,
                              Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/22

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 29, 2022, the parties appeared for a status conference;

       IT IS HEREBY ORDERED that pretrial motions are due not later than **June 17, 2022**. Responses are due not later than **July 15, 2022** and replies are due not later than **July 29, 2022**. Motions *in limine* are due not later than **August 19, 2022**, and responses are due not later than **August 26, 2022**. Requests to charge and voir dire questions are due not later than **September 9, 2022**. The trial is scheduled for **October 17, 2022**.

       IT IS FURTHER ORDERED that the period between April 29, 2022 and June 17, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). As stated on the record at the April 29, 2022 conference, the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic and the complexity of this case due to voluminous discovery outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Date: April 29, 2022**
      **New York, NY**

_____
    **VALERIE CAPRONI**
    **United States District Judge**