```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                -against-                                      :     21-CR-725 (VEC)
                                                               :
                                                               :            ORDER
                                                               :
JAYVON POPE,                                                   :
                                   Defendant.                  :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   8/25/22

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 25, 2022, the parties appeared for a change-of-plea hearing;

WHEREAS at the August 25, 2022 hearing, Defendant Jayvon Pope pled guilty to assault with a deadly weapon in aid of racketeering as charged in Count One of the Indictment; and

WHEREAS the Court accepted Defendant's guilty plea;

IT IS HEREBY ORDERED that a sentencing hearing is scheduled for **December 13, 2022, at 10:30 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions, including whether a *Fatico* hearing is requested, are due not later than **November 29, 2022**.

**SO ORDERED.**

Date: August 25, 2022
      New York, NY

VALERIE CAPRONI
United States District Judge